IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

BRANDON PRYOR,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO in his Individual and Official Capacities; and
DEPUTY SUPERINTENDENT ANTHONY SMITH in his Individual and Official Capacities

    Defendants.

## SUMMONS IN A CIVL ACTION

**TO:  ANTHONY SMITH**
      **1860 LINCOLN STREET**
      **DENVER, CO 80203**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**ATTORNEY FOR
PLAINTIFF BRANDON PRYOR**
The Halliburton Law Firm, LLC
ATTN:  Samantha L. Pryor, Esq.
8354 Northfield Blvd., Suite 3700
Denver, CO 80238
spryor@thehalliburtonlawfirm.com

2

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*CLERK OF COURT*

Date:_____                                                _____
                                                                                                 Signature of Clerk or Deputy Clerk