IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02886-JLK

BRANDON PRYOR,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO in his Individual and Official Capacities; and
DEPUTY SUPERINTENDENT ANTHONY SMITH in his Individual and Official Capacities

    Defendants.

---

**PLAINTIFF BRANDON PRYOR'S EXHIBIT INDEX FOR REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiff Brandon Pryor, by and through his counsel, Samantha L. Pryor, Esq. of The Halliburton Law Firm, LLC, hereby submits **PLAINTIFF BRANDON PRYOR'S EXHIBIT INDEX FOR REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** as follows:

1. Facebook Posts, Facebook Live Videos and Brother Jeff Show
2. DPS Governance Policies – Handling Operational Issues raised by a community or staff member
3. DPS Email to STEAM Academy Families re Pryor (redacted) 10.20.2022
4. DPS Community Update 10.18.2022
5. DPS Email Invitation to Brandon Pryor re Interviews for Executive Director of Equity & Culture 4.2.2019
6. Brandon Pryor Statement re Antoinette Hudson Investigation 10.28.2021

7. Rachel Payne Email re Revised Covid Policy to Include School Founders' access to Schools 9.10.2021
8. DPS Recommendation for MCT Closure 10.12.2022
9. Video of Pryor, Carpenter, and Mendez 10.12.2022
10. Public Comment List 10.17.2022
11. Pryor Email to DPS re Reconsideration for Coaching 10.24.2019
12. Jennifer Holladay Statement to DPS re Banishment of Brandon Pryor 10.22.2022
13. The Bailey Report, *An Examination of Student and Educator Experiences in Denver Public Schools Through the Voices of African-American Teachers and Administrators*, 2016