## BRANDON PRYOR'S FACEBOOK LIVE VIDEOS AND BROTHER JEFF SHOW

1. February 19, 2021 – Let's talk about the DPS Choice & Enrollment Department (headed by Liz Mendez) & their Egregious Failure to serve Black Students & Families

https://www.facebook.com/brandon.pryor.14/videos/10224433306690234/?mibextid=Nif5oz

2. August 30, 2022 – "The Lowest of Lows…"…

https://www.facebook.com/brandon.pryor.14/videos/1090537208502358

3. September 16, 2022 – Where is our bus Alex Marrero?

https://m.facebook.com/story.php?story_fbid=1243745509693445&id=1533349990&mibextid=Nif5oz

4. September 16, 2022 – "The DPS Blacks are happy & support me…" DPS Superintendent Alex Marrero

https://m.facebook.com/story.php?story_fbid=1264651550979315&id=1533349990&mibextid=Nif5oz

5. September 16, 2022 – Brother Jeff Show - Black Boys, Black Students, Black Parents, and Black Staff are the Blacks Happy with Denver Public Schools? 30 Minutes with Brandon Pryor and MiDian Z. Holmes Luckett

https://m.facebook.com/story.php?story_fbid=1243484509776446&id=100000234522533&mibextid=Nif5oz

6. September 19, 2022 – Facebook post of DPS Public Comment 9.19.2022

https://m.facebook.com/story.php?story_fbid=pfbid0jSDbcViRvcSNARpfxxSfnwtavCeXMftSPjzi3e8i28GpRuba1DB1139499NgjqSMI&id=1533349990&mibextid=Nif5oz

7. September 24, 2022 – Facebook post of CBS 4 News story regarding STEAM Academy's Facility Needs

https://m.facebook.com/story.php?story_fbid=pfbid0yRYGU7e8nQhNB8LCoo3xWb5qy6e5bvmsRwvxkqtgcJdC97Yyavokt1kPip3BU8nQI&id=1533349990&mibextid=Nif5oz

8. October 3, 2022 - New DPS Strategic Roadmap & Executive Summary…What the DPS is saying, what they aren't & what they are hiding…

https://www.facebook.com/brandon.pryor.14/videos/2533474350162702/?mibextid=Nif5oz



**What We DEMAND**
1. **Independent Investigation** of Allegations of Hostile Work Environment
2. Why was the **Manual Council/Innovation** Status Protocols NOT FOLLOWED?
3. Anybody Involved w/ The Override of Innovation Plan be immediately **REMOVED**!

#OURVOICEOURSCHOOLS
#MANUALFOREVER
#NOTANOTHERSCHOOL
#MOMENTS2MOVEMENTS
#NOTTODAYCOLONIZER

**Brandon Pryor**
Mar 4, 2018 · 🌐

Not on our watch!!!! **Jennifer Bacon Carrie...** See more

Brandon Pryor and 22 others          32 comments

👍 Like          💬 Comment          ↗ Share



3,464 of 3,845



**Brandon Pryor**
Mar 7, 2018 · Denver · 🌐

Tom Boasberg the community knows what y... See more

👍❤️ Brandon Pryor and 66 others          9 comments

 Like           Comment           Share



**3,464 of 3,845**

**Brandon Pryor**
Mar 7, 2018 · Denver · 🌐

Tom Boasberg the community knows what you are up to. The attack on Black & Brown educators is intentional and one of several reasons why I am committed to getting you removed from your seat as Superintendent of the DPS. #WeAreHere #SHARE #SHARE #SHARE

👍❤️ Brandon Pryor and 66 others          9 comments

👍 Like          💬 Comment          ↪ Share





**Brandon Pryor** at **Martin Luther King Jr. Early College**
Mar 16, 2018 · 🌐

When the powers that be try to intentionally... See more

👍❤️ 95                                              29 comments

❤️ Love              💬 Comment              ↗ Share



**3,456 of 3,845**

**Brandon Pryor** at **Martin Luther King Jr. Early College**
Mar 16, 2018

When the powers that be try to intentionally divide our commUNITY and attempt to pit us against each other......... AND FAIL!!! We realize there is a need for MLK and the district is not providing the proper resources for their situation. We also realize there is a need for a high quality comprehensive high school option. DPS YOUR DIVISIVE TACTICS DID NOT WORK SO ARE YOU DONE WITH THE BS??? ARE YOU READY TO ADDRESS THE ISSUES??? **#WeAreHere #Warriors #OurVoiceOurSchools #NotTodayColonizer** — with **Kimberly Grayson**.

👍❤️ 95                                    29 comments

❤️ **Love**            💬 **Comment**            ↪ **Share**

 3,387 of 3,845 



DPS NOT WANTED

**Brandon Pryor**
Apr 25, 2018 · Denver · 🌐

We have all seen a Most Wanted Poster........ See more

👍😮 Brandon Pryor and 42 others          48 comments

 Like           Comment           Share



✕    3,387 of 3,845    🏷    •••

**Brandon Pryor**
Apr 25, 2018 · Denver · 🌐

We have all seen a Most Wanted Poster..... This is The NOT WANTED!!!

THESE ARE PEOPLE THAT WORK FOR THE DENVER PUBLIC SCHOOL DISTRICT THAT MUST RESIGN ASAP!!! Top Row let to right: Trena Deane the Executive Director of Facility Management, Debbie Hearty Chief of Human Resources, Susana Cordova Deputy Superintendent (RACIST), Middle Row left to right: David Suppes Chief Operating Officer, Tom Boasberg Superintendent (RACIST),  Antwan Wilson Crook, Bottom Row left to right: Mark Ferrandino Chief Financial Officer, Terrance Carroll Chief Legal & External Affairs Officer (Token), Jennifer Holladay Associate Chief of Portfolio Management.

THESE ARE THE PEOPLE WE MUST REMOVE IN ORDER TO ACHIEVE SUCCESS.  They are incompetent and have failed our children. It is time to stand together and force them OUT NOW!!!! TOM I HOPE YOU ARE PAYING CLOSE ATTENTION. THE NINE PEOPLE ABOVE ARE NOT WELCOME & MUST GO!!! **#WeAreHere #Warriors #OurVoiceOurSchools #BlackZeroTolerance #BellsideStrong**

👍😮 Brandon Pryor and 42 others          48 comments

👍 Like          💬 Comment          ↪ Share

10:25 

5G UC ⁴ 32%

← Q Search

 **Brandon Pryor** ...
Aug 30 · 🌐

Look how disappointed the kids look because they show up to play a game and the other team didn't show up.......

We are the FAR Northeast Warriors. We are NOT the Montbello Warriors. Two different programs with two different coaching staffs. FNE has Varsity & JV. Montbello has a Freshman team. In 2 years The FNE Warriors will become The Robert F. Smith STEAM Academy Lions & Montbello will start its Varsity program at that time.

On Saturday August 27th, 2022 The FNE Warriors JV team was scheduled to play Westminsters JV team at 10am.

Montbello Warriors Freshman team DOESN'T HAVE A SCHEDULE BECAUSE THEIR ATHLETIC DIRECTOR DAMIAN BROWN HAS NOT SCHEDULED ANY GAMES FOR HIS FRESHMAN TEAM. No schedule exists for the Montbello Warriors in My Schools.

So why didn't Westminster show up for our JV game Saturday??? Because Damian Brown & Montbello STOLE OUR KIDS GAME.
Someone from Westminster called looking for the FNE Athletic Director (WE DON'T HAVE AN ATHLETIC DIRECTOR) for details about the FNE vs. Westminster JV game & somehow got in touch with "someone" at Montbello & they changed the

III   ◯   ‹

10:25                     5G UC 32%

← 🔍 Search

with "someone" at Montbello & they changed the location of the game from Evie Dennis to Montbello High School & they change the time of the game & our FNE KIDS HAD THEIR GAME STOLEN FROM THEM! WHO TF DOES THAT! NEISA LYNCH & DAMIAN BROWN!!!!  Disgraceful!!! #WeAreHere #RobertFSmithSTEAMAcademy #FNEWarriors #FullSTEAMahead #WelcomeToTheLionsDen





 175                    79 comments • 72 shares

 Angry          💬 Comment           Share





**Brandon Pryor**
Sep 16 · 🌐

DPS second in charge Tony Smith is the biggest Sellout & Snake in DPS!!! He needs to be fired ASAP!
#WEAREHERE #RobertFSmithSTEAMacademy #FULLSTEAMAHEAD #WelcomeToTheLionsDen



👍😂😮 26                    8 comments • 17 shares

👍 Like          💬 Comment          ↪ Share



**Brandon Pryor** shared a memory.
Sep 16 · 🌐

10:22 📷 ▶ M ↩ 🖼                                5G UC ⚫ 33% 🔋

← 🔍 Search

 **Brandon Pryor**                      ⋯
Sep 19 · 🌐

What are the chances that Neisa Lynch and her
husband Mike Lynch worked together to STEAL
our kids game???? And what are the chances that
Westminster didn't know the difference between
FNE Warriors & Montbello Warriors??? I'm sure
they've talked about it ALL!

He's in Westminster public schools. Westminster
only has one MS and one HS with a team.
Westminster absolutely would have known about
FNE unless spouses don't talk
#WeAreHere #WarriorsForHighQualitySchools
#WelcomeToTheLionsDen



**Mike Lynch** · 2nd
**Executive Director, Westminster
Public Schools (Formerly Adams
50)**

Westminster Public Schools ·
Academia Hispano Americana, San
Miguel de Allende, Mexico

||| ◯ ‹