

| | |
|---|---|
| Book | Denver Public School Board Policies |
| Section | Governance Process Policies |
| Title | GP1- Governance Commitment |
| Code | GP1 |
| Status | Active |
| Adopted | November 18, 2021 |

**Governance Commitment**

The Board, on behalf of students, staff, parents/guardians, families and the community, holds itself accountable to the citizens of the district by endeavoring to take action that supports achieving the mission of the district and the Board's *Ends* policies.

In the fulfillment of this charge, the Board is committed to effective policy governance through rigorous and continuous review of its values and its vision as set forth in these Board Policies.

Adopted: [11/18/2021]

*Monitoring Method:  Board self-assessment*
*Monitoring Frequency: Annually in August with prep in June*



| | |
|---|---|
| Book | Denver Public School Board Policies |
| Section | Governance Process Policies |
| Title | GP3- Board Job Description |
| Code | GP3 |
| Status | Active |
| Adopted | November 18, 2021 |

**Board Job Description**

The job of the Board is to represent and lead the district by determining and demanding appropriate and excellent organizational performance. To distinguish the Board's own unique job from the jobs of the Superintendent and staff, the Board concentrates its efforts on the following:

1. Engaging students, staff, parents, families and the community members in conversations about educational results for students.

2. Developing written governing policies which, at the broadest levels, address:

   a. **Ends**: Organizational products, impacts, benefits, results, and services and their relative worth (what end result is desired for whom and at what cost?).

   b. **Executive Limitations**: Constraints on executive authority which establish the practical, ethical and legal boundaries within which all executive activity and decision-making will take place.

   c. **Governance Process**: How the Board will conceive, carry out and monitor its own work.

   d. **Board/Superintendent Relationship**: Describes the Superintendent role, authority, and accountability and how such authority is delegated and monitored.

3. Determine the executive leadership needs of the Board and the district (including support of the Board's governance philosophy and approach) and with involvement of the community, staff, and parents in the search process, employ a superintendent that meets those needs.

4. Holding the Superintendent accountable by monitoring *Ends* and *Executive Limitations* policies.

5. Holding itself accountable by monitoring *Governance Process* and *Board-Superintendent Relationship* policies.

6. Focusing on organizational performance through adherence to the mission of the district.

Adopted: [11/18/2021]

AX. REF.:  C.R.S. 22-11-301 (district accountability committees)

*Monitoring Method:  Board self-assessment*
*Monitoring Frequency: Annually in August*



| | |
|---|---|
| Book | Denver Public School Board Policies |
| Section | Governance Process Policies |
| Title | GP4E- Board Self-Assessment |
| Code | GP4-E |
| Status | Active |
| Adopted | November 18, 2021 |

## Board Self-Assessment

The Board uses the following self-assessment instrument to evaluate its adherence to its governance model:

**General meeting behavior**
*(Rate as Unacceptable, Acceptable, or Commendable)*

- We followed our agenda and did not get sidetracked.
- The agenda was well planned to fit the time allotted.
- The meeting was well attended. All board members were present in-person or virtually.
- The meeting proceeded without interruptions or distractions.
- Our decision-making processes were understood and were implemented appropriately.
- Participation was balanced. Everyone participated, no one dominated.
- We all listened attentively as each participant spoke. We avoided side conversations.
- Work was accomplished in an atmosphere of trust and openness.
- Meeting participants treated each other with respect and courtesy.

## Governance principles review
*(Rate as Dissatisfied, Adequate, Satisfied, High Satisfaction)*

- Most Board actions occur at the policy level rather than at the operational level.
- Any stand-alone resolutions considered by the Board are clearly the Board's work.
- The Board reviews what it has already said in its policy about each specific topic before discussion on that issue.
- In writing additional policies, the Board starts with a broad statement and becomes more detailed in a logical sequence.
- We use appropriate meeting time for monitoring.
- We routinely spend time monitoring and improving our own process.
- We work on clarifying Board priorities/values among the range of potential outcomes, beneficiaries and costs of outcomes.
- ENDS policies are clearly and logically stated and flow from the mission.
- The Board follows an annual calendar based on a plan for accomplishing its job.
- The president helps the Board get its job done rather than supervising or becoming involved in staff work.
- We spend most of our time debating, defining and clarifying our vision and engaging the staff and the community as opposed to "fixing things."
- The Board supports the Superintendent in any reasonable interpretation of applicable Board policies, or it further clarifies its intention by revising its policies.

**Comments:** _____

_____

_____

_____

Adopted: [11/18/2021]



| | |
|---|---|
| Book | Denver Public School Board Policies |
| Section | Governance Process Policies |
| Title | GP2- Governance Style |
| Code | GP2 |
| Status | Active |
| Adopted | November 18, 2021 |

**Governing Style**

The Board governs with an emphasis on organizational vision rather than on interpersonal issues of the Board, encourages diversity in viewpoints, focuses on strategic leadership rather than administrative detail, observes clear distinction between Board and Superintendent roles, makes collective rather than individual decisions, and governs proactively rather than reactively.

Accordingly:

> 1  The Board, not the Superintendent or staff, is responsible for excellence in board governance. The Board uses the expertise of individual Board members to enhance the ability of the Board as a body, but does not substitute individual judgments for the Board's collective values.
>
> 2.  The Board holds itself accountable to govern with excellence. This self-discipline applies to matters such as attendance, preparation for meetings, policymaking principles, and respect of roles, thus ensuring the continuity of effective governance.
>
> 3.  The Board directs, controls, and inspires the district through the careful establishment of written policies reflecting the Board's values. The Board's major policy focus is on the intended long-term benefits for students, not on the programmatic means of attaining those benefits.
>
> 4.  Continuous Board development includes orientation of new members in the Board's governance process and periodic Board discussion and evaluation of process to assure continued improvement.
>
> 5.  The Board does not allow any officer, individual, or committee of the Board to hinder or be an excuse for not fulfilling its commitments.
>
> 6.  The Board monitors the Board's process and performance at each meeting. Self-monitoring includes comparison of Board actions and behaviors to policies in the *Governance Process* and *Board-Superintendent Relationship* categories.

Adopted: [11/18/2021]

**Monitoring Method:  Board self-assessment**
**Monitoring Frequency:  Annually in August, quarterly deeper dive**



| | |
|---|---|
| Book | Denver Public School Board Policies |
| Section | Governance Process Policies |
| Title | GP10-E- Handling Operational Issues Raised by a Community or Staff Member |
| Code | GP.10-E |
| Status | Active |
| Adopted | November 18, 2021 |

## Handling Operational Issues
## Raised by a Community or Staff Member

1. Listen without implying that you agree or disagree.
2. Ask whether the community or staff member has talked to the person closest to the problem. Describe the chain of command concept – that issues are best resolved at a level closest to the people involved.
3. Take the opportunity to explain the Board's role:

    a. The Board's job is to set the vision and policies that will enable district students to be academically successful; and

    b. While resolution of operational issues is not the board's job, the Board is concerned and wants to see the issue addressed successfully.

4. Tell the community or staff member that if they don't get satisfaction to call back (or direct the caller to let you know what happens regardless).
5. If the contact raises a high level of concern, call the superintendent.
6. The Superintendent will tell the Board member what they know about the situation and if necessary, will investigate to get more information. The Board member will not undertake any independent investigation or research.
7. After gathering information, the Superintendent will respond to the community, staff member or Union leader and inform the Board member about what was learned or what action was taken.
8. If the Board member is not comfortable with the resolution by the Superintendent, he or she will have a one-on-one conversation with the Superintendent before discussing the issue with other Board members or bring the issue to the full Board.

Adopted: [11/18/2021]



| | |
|---|---|
| Book | Denver Public School Board Policies |
| Section | Governance Process Policies |
| Title | GP4-Monitoring Board Governance Process and Board-Superintendent Relationship Policies |
| Code | GP4 |
| Status | Active |
| Adopted | November 18, 2021 |

## Monitoring Board *Governance Process* and Board-Superintendent Relationship Policies

The purpose of monitoring the Board's *Governance Process and Board-Superintendent Relationship* policies is to determine the degree to which the policies are being fulfilled. Information which does not contribute to this task will not be considered monitoring. While monitoring will be as systematic and automatic as possible, sufficient time and depth of attention will be given to this important Board job.

These policies are monitored through Board self-assessment according to the frequency set forth in each policy.

Adopted: [11/18/2021]

***Monitoring Method:  Board self-assessment***
***Monitoring Frequency:  Annually in June***