# Fwd: District Update to the Robert F. Smith STEAM Academy Community

Thu 10/20/2022 5:03 PM

To: Samantha Pryor <spryor@thehalliburtonlawfirm.com>;

Sent from my iPhone

Begin forwarded message:

> Date: October 20, 2022 at 3:42:48 PM MDT
>
> Subject: Fwd: District Update to the Robert F. Smith STEAM Academy Community
>
> Get Outlook for iOS
>
> ---
>
> Sent: Thursday, October 20, 2022
> To: Denver Public Schools <messenger@dpsk12.org>
> Subject: Re: District Update to the Robert F. Smith STEAM Academy Community
>
> Get Outlook for iOS
>
> ---
>
> From: Denver Public Schools <messenger@dpsk12.org>
>
> Subject: District Update to the Robert F. Smith STEAM Academy Community



Dear Robert F. Smith STEAM Academy Community Members:

All of us are expected to maintain an atmosphere that ensures the learning and safety of all District students, families and educators. We expect all individuals who come onto school property or who contact school employees to behave accordingly. As some of you may be aware, there have been repeated situations involving one of our community members, Brandon Pryor, failing to meet this basic expectation.

We take any and all situations that may be disruptive to our students' learning environment very seriously. We will not tolerate bullying behavior, as it is detrimental to a cooperative and collaborative school environment and contrary to our obligation to

maintain a safe and welcoming environment for students, families, and educators. From this point forward, Mr. Pryor will have no greater access to District events and facilities than other community members in the District.

We encourage our students, families, and educators to collaborate and model working through difficult situations with words and discussion, grounded in the common commitment we have for our children. We will continue to provide a safe and welcoming  learning environment for our students, families and educators every single day. The District appreciates your continued partnership as we work together to provide the very best learning experiences for all students.

Denver Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Denver Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.