Fwd: Executive Director of Equity and Culture Interviews

✖ DELETE    ← REPLY    ← REPLY ALL    → FORWARD    •••

  MELISSA_MUNIZ@dpsk12.org on behalf of Smith, Allen <HERBERT_    Mark as unread
Mon 11/28/2022 11:38 AM

**When:** Thu 04/04/2019 8:30 AM-12:00 PM
**Where:** EGC Rm 1035

✓ ACCEPT     ? TENTATIVE     ✖ DECLINE

This is an old meeting request, so your calendar hasn't been checked for conflicts.

Show all 10 recipients

**Required:** Smith, Allen <HERBERT_SMITH@dpsk12.org>;  'joycebrooks711@gmail.com';  'kspurgin@stand.org';  'syoung@apluscolorado.org';  'soul@soulwatson.com';  'denver@affiliates.nbcdi.org';  'adrienne@togetherco.org'; …

This event occurs in the past.

📎 1 attachment


invite.ics

---------- Forwarded message ---------
From: **Smith, Allen** <HERBERT_SMITH@dpsk12.org>
Date: Tue, Apr 2, 2019, 4:27 PM
Subject: Executive Director of Equity and Culture Interviews
To: joycebrooks711@gmail.com <joycebrooks711@gmail.com>, kspurgin@stand.org <kspurgin@stand.org>, syoung@apluscolorado.org <syoung@apluscolorado.org>, soul@soulwatson.com <soul@soulwatson.com>, denver@affiliates.nbcdi.org <denver@affiliates.nbcdi.org>, adrienne@togetherco.org <adrienne@togetherco.org>, lisa.piscopo@denvergov.org <lisa.piscopo@denvergov.org>, oubp56@gmail.com <oubp56@gmail.com>, julietsebold@live.com <julietsebold@live.com>


To participate in this round of interviews, please accept this invitation and select "Send the Response Now" so we can track your acceptance. Resumes will be sent to ahead of time to those who are able to participate.

## Agenda

· 8:30-9:00 Interview process orientation (everyone will begin in 1035)