October 28, 2021

Denver Public Schools            Employment Matters LLC
Brandon Pryor                    Flynn Investigations Group
                                 David Vogel

- Purpose
- Confidentiality
- Retaliation
- Truthfulness/Completeness

10/23/20 issues

I called Antoinette after she cancelled a meeting, but I don't recall the date. That's the only time she canceled a meeting. I'm the one who scheduled the meeting for the school design team and the principal. Antoinette didn't have the authority to cancel it. I'm not a District employee, and I scheduled the meeting during a time when everyone was available. How dare she cancel it? Time was of the essence because we were about to open our school and were in the final planning stages, so canceling the meeting that she didn't schedule and wasn't invited to was completely inappropriate. Antoinette didn't have to cancel the meeting. She could have talked to me at another time. The conversation wasn't friendly. Antoinette tries to put herself in an authoritative position over me and what we're trying to do with our school, which is unacceptable. She also expects me to treat her like I'm her subordinate, but I don't work for DPS or for her. It was me being unfriendly toward her during the phone call, but there's a history. She inserted herself into our work during our zero-year planning. She's the instructional superintendent for the Far Northeast Region, so she felt like she needed to be part of that. We've worked with other school leaders in the Far Northeast Region to design our school and the innovation plan. Antoinette has gone out her way to talk to them about a legal issue stemming from my son being handcuffed during school as a second grader. We have a confidential settlement with the District, but she has talked about details of this incident with someone we were trying to work with moving forward.

I'm not obligated to keep anything confidential. That's how the District isolates people and puts them on an island. Interviewing me is retaliation. It's how the District goes after people who fight against institutional racism. I can't discriminate against someone when I have no authority over them. I'm not employed by the District, and I don't treat people differently based on protected classes. Antoinette has been completely inappropriate by talking about my son being handcuffed. Kayla Grayson was the principal at the school where my son got handcuffed. We didn't like the how the principal handled the situation. We advocated for changes in DPS' handcuffing policy and entered into a confidential settlement with the District. I have a good relationship with Kayla Grayson's sister, Kim Grayson. Kim is the principal at DMLK, which is a middle school and high school in the Far Northeast. We've leaned on her for guidance for developing our school. Antoinette talked to Kim and asked her why she wanted to deal with me because she said I still don't like Kim's sister. It's none of Antoinette's business who we work with. Kim was helping us on her free time. Antoinette was creating problems. We didn't have any of these problems until Antoinette entered the scene. She's unprofessional.

1

During my phone call with Antoinette, I told her not to bring up my name and my family or talk about the investigation that was closed. I told Antoinette to stay out of our business and that she was creating chaos for our efforts. I told Antoinette to stay away from the design team and I said we don't want her involved for the reasons I've mentioned. I didn't tell her to stay away from my school. There was no physical school to stay away from yet. I told her, "Stay the fuck away from me." She's messy, and she causes problems. I don't want her anywhere around me. That's not a threat. I don't' feel comfortable around her. I feel threatened when she's around and that our entire school is in jeopardy when she's around. We don't' have any evidence of her helping, but we have a lot of evidence of her causing problems. I don't recall saying, "Don't mess with my money." I didn't say, "If you come after me and my money, I'm coming after you." That makes no sense. We don't have any money. The only contract we had with the District was for our zero year of planning, but that was a slap in the face because they offered us $15,000. There's no reason for me to reference that because she couldn't affect that. She made that up. I hung up on her because I was done talking and I didn't want to listen anything she had to say. I'm not obligated to stay on the phone and listen to her or anyone else. She doesn't pay my phone bill, so I can hang up anytime I want to. I told her on the phone the same things I wrote in the text message: That she'll have a problem with me if she continues to interfere with our zero plan year efforts. I told her that her problem would be a legal one. That's in the text message.

Later, I went to an event at DMLK where the DPS school board was signing a resolution called Know Justice Know Peace. I was invited to attend that event, but Antoinette was not. She can go without being invited, but I was invited, and she wasn't. She came to the event anyway, and she called DPS security and had them come to the event. She used them as her own personal security detail and didn't tell anyone there. This is what happens when anyone fights for Black students in DPS. The principal at DMLK had made it clear well before this event that she doesn't want DPS security at the school. She didn't know why security was present. She found out after the fact. It's the same DPS security that handcuffed my son. My son and I were invited to the event, but Antoinette created an environment where I'm criminalized because I told her I didn't want her involved. She's messy, unprofessional, and she's not welcome. It has nothing to do with any membership in a protected class. I've gone on line and said DPS needs to fire more people than just Antoinette – men, women, Black, and White. That's how I advocate for students. If you're creating harm, I'll call you out publicly. When I call people out and say they need to be fired, it's not just because of how they deal with me. I know a lot about Antoinette and how she deals with school leaders and the community.

After the event at DMLK, I sent the text messages to Antoinette where I clarified what I meant when I said she'll have a problem with me.

I've only talked to Antoinette on the phone twice in my life, and I've only had one exchange with her. Harassment is repeated behavior, but there hasn't been any repeated behavior by me. Antoinette's behavior toward me is more harassing and discriminatory and needs to be reported. It's a pattern. It's not just me. She's in a position to affect the school. I'm not in a position to affect her job. I'm not around her, and she's not at our school anyway. She has mail delivered there, but that's something the District needs to work out. She doesn't need to be in the school because she has nothing to do with students, which is another reason I said she should be fired. However, I have not only advocated to eliminate her position, but I have also advocated that the

2

regional instructional superintendent position be eliminated across the board because the position has nothing to do with students.

8/26/21 issues
My wife, Gabe Lindsay, and I are the founders of the school. We sat on interview panels for the staff, made recommendations for hiring, and helped design the school. Antoinette didn't participate in that. This is our school that we started. If we decide we don't want someone on the team because they're problematic, that's our option to decide. DPS is not used to dealing with people like us. There's never been a district-run school that was founded by a non-employee. They don't' know how to digest our activism, or boldness, and our sometimes abrasiveness.

The conversation on August 26, 2021 was around us not being allowed in the school we designed. We were turned away at the front door, along with the head coach of the football team. I'm also one of the football coaches. Not only should I be allowed in as the founder, but I've gone through the DPS background check because I'm a coach. I've sat on panels to interview chiefs in the District. It made no sense not to allow me in the school. Antoinette, Sherry Charles, and Rachael Paine oversee the two principals in the building. I called the superintendent, Alex Marrero when we had previously brought our parents to see the school with us. We understood that we couldn't all go in because of COVID, so I called Alex. He said he was fine with us going in and asked who had told us we couldn't go in. We learned that Antoinette had said that only teachers and students could go int the building. When I called Antoinette, she denied that and said Racheal Paine had given the directive. I had a heated conversation with Antoinette because she lied about that and because she has been a hindrance all along. I told her, "How dare you tell us we can't come into the school." I told her, "We don't want you involved in our school." It's not because of her membership in any protected class. It's because of her lack of professionalism and her willingness to retaliate because she doesn't like how a non-employee talks to her. She knows this complaint is baseless and frivolous. This is a waste of District money. How many Black people is DPS investigating baselessly and frivolously? Compare that to how many White people they're investing. This is par for the course.

During my second phone call with Antoinette, I told her, "Stay the fuck away from my school." I can say that. I don't want her interfering with something we worked so hard to start. She just causes disruption, and that's why we don't want her around. We've expressed that to the community, Board members, and school leaders. I told her, "You need to be fired." I didn't say, "If you come after me, I'm coming after you." If I said anything like that, it's exactly what I said in my text message, which was when I wrote that there would be legal consequences. She definitely needs to lose her job for her lack of professionalism and for harassing and retaliating against me. How many investigations is she wrapped up in? How much fiscal waste is she causing?

I actually advocated for Antoinette to get paid more. She has two while male peers without PhDs who were getting paid more than she was, so I advocated on Facebook for her to get paid equally. The District was about to hire someone who was unqualified, so instead they let two people already in the District (Sherry Charles and Antoinette) move into the position jointly. That's another reason Antoinette needs to go – because it's fiscal waste. Not doing her job, fiscal waste, and lack of professionalism. They need get rid of her and a lot of other people to eliminate

3

fiscal waste. The money they spend on her salary could be spent on the classroom. Every other instructional superintendent needs to be fired too. The position needs to be eliminated. I've said that from the start before any of these people were even in place. We helped get rid of an entire org chart. We called for them to get fired, and now they're all gone. Antoinette isn't special. She gets called out just like the rest of them did.

I posted a message on my personal Facebook page that said, "DPS NEEDS to FIRE ANTOINETTE HUDSON ASAP!!!" I think I took the post down because we have too much positive energy and focus on our school to have someone worried about what Antoinette Hudson is doing to tear things down or throw a monkey wrench in things. She hasn't helped us do one single thing for our school. She hasn't added a nickel to this dime. All she has done is create problems, and that's why we don't want her around. Even though I think the position isn't necessary, I haven't uninvited Sherry Charles from anything. She came to the ribbon cutting ceremony, and I gave her a hug because she hasn't actively made it hard for us. They're Black women in the same position, so how is that discriminatory? They both get the same treatment they dish out. If you treat me like shit, I'm doing to do the same to you. But Sherry doesn't act like that, so I haven't told her about staying away from our school. It's not about Antoinette's membership in a protected class. Everything else is irrelevant.

10/19/21 Facebook video
When I referred to having a heated phone call with Antoinette, I was referring to both phone calls. The only two phone conversations I've ever had with Antoinette were heated because of her lack of professionalism, inserting herself into a private family matter, telling school leaders that we weren't allowed to come in the school, and canceling our meeting because it wasn't her meeting and it wasn't her right to cancel it. When I said I had a tough conversation and told her off and pretty much cussed her out, I was referring to our phone call after she interfered with us and talked about a private family matter. Our work is none of her business. What makes her think she has the authority to tell someone they can't be involved in something we're doing?

That confidentiality BS is a tactic that DPS uses to isolate people – by trumping up an investigation and then telling people not to say anything about it. I'll post these text messages if I want to. There was nothing threatening about it. Antoinette just didn't like it.

There are two Black women probably close to the same age doing the identical job – instructional super in the Far Northeast Region. If I were discriminating against Antoinette, Sherry would be receiving the same treatment, and I wouldn't have tried to hire a woman to be our Principal and AP – they're all Black women, just like Antoinette. It's foolish to even think that this is discrimination. This is two people who don't get along. Antoinette doesn't like me for whatever reason. To me, she's a tool of oppression who's being used by the District. She's the one creating a hostile work environment and retaliation. Things run smoothly for the most part when she's not involved. Ask the District how many investigations Antoinette is wrapped up in. That will tell part of the story because no one gets along with her. She's the problem.

Black students represent 13% of the District. I want to know how many investigations involve Black people. The only time we hear about investigations is when it's us. Meanwhile, I've exposed so much corruption and racism in the District. Where are the White people under

4

investigation? This kind of treatment of Black people who are advocating for Black students could be added to a lawsuit and intervening in the *Keyes* case. This is all par for the course. You don't have to be White to carry out systems of oppression. You can be Black and still be a tool of oppression, and that's what Antoinette is. It's racist to put me under investigation. They want any reason to trip me up because I'm the strong Black voice for our people and even created a school specifically designed to educate Black students. This is like a political hit, but it's laughable because it's frivolous and ridiculous. They're spending money that they could be spending on Black and Latinx students who they're oppressing and criminalizing. This process today was blatantly racist. How many White people are asked about a phone call they had that got heated? I bet it's zero. And I will talk about it because it needs to be exposed. That's the only way to get change. DPS hides in the dark behind confidentiality and attorney client privilege. They hide behind that so they don't have to tell the real story, but I like to tell the real story. I will talk about this and it won't be confidential. Antoinette is a tool of oppression for a greater system, and if she can't see that, that's her problem. I refuse to sit back and watch while DPS tries to railroad me after all I've done for students who have been oppressed by the District. This is a system we're fighting against – not Antoinette. She's part of that system and she's unprofessional.

By my return of this document to David Vogel via email (dvogel@emfig.com), I attest to the accuracy of the information provided by me, including my opportunity to modify this summary statement using the Track Changes function in Microsoft Word.

Brandon Pryor

5