# Re: Schools Visits-Robert F. Smith STEAM Academy

Samantha Pryor

Mon 09/13/2021 10:01 AM

To: Payne, Rachel <RACHEL_PAYNE@dpsk12.org>;

Thanks, Rachel!  Have a great day!

Samantha L. Pryor, Esq.

The Halliburton Law Firm, LLC
8354 Northfield Blvd.
Building G, Suite 3700
Denver, CO 80238
Phone: 303-803-1060
Fax: 1-800-859-2896
www.thehalliburtonlawfirm.com
spryor@thehalliburtonlawfirm.com

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303-803-1060. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

---

**From:** Payne, Rachel <RACHEL_PAYNE@dpsk12.org>
**Sent:** Friday, September 10, 2021 6:25 PM
**To:** Samantha Pryor
**Subject:** FW: Schools Visits-Robert F. Smith STEAM Academy

My Apologies, I misspelled the original email address and it was returned as undeliverable.



**From:** Rachel Payne <RACHEL_PAYNE@dpsk12.org>
**Date:** Friday, September 10, 2021 at 5:57 PM
**To:** brandon Pryor <oubp56@gmail.com>, "Glindsay2@msn.com" <Glindsay2@msn.com>, "Spryor@halliburtoniawfirm.com" <Spryor@halliburtoniawfirm.com>
**Cc:** "Abney-Wisdom, Shakira" <SHAKIRA_ABNEY-WISDOM@dpsk12.org>
**Subject:** Schools Visits-Robert F. Smith STEAM Academy

Dear Mr. Pryor,
Thank you for taking time to discuss the health guardrails and school visitor policy with me today.  I have copy-and-pasted the current visitor and volunteer portion from the DPS health guardrails guidance that has been shared with DPS school leaders. The policy was amended on Wednesday, September 8, 2021. I have highlighted the amended portion which shares the guidance for visits from Board members, public officials and school founders. I've also met with Shakira Abney-Wisdom, to share the amended portion of the health guardrails and have copied her on this email.  Feel free to reach out to Shakira to arrange any visits.

| Visitors + Families | <ul><li>This policy will be reevaluated after 30-60 days should we continue to sustain low case transmissions in our community.</li><li>All visitors and family members must follow the district masking guidance and any health protocols currently in place</li><li>For the beginning of the school year, visitors and families will not be allowed past the front desk unless absolutely necessary or if there is a scheduled IEP, 504 or other necessary meeting to support student success.</li><li>Board members for the district or charter schools, public officials, and school founders can visit school buildings as long as they are vaccinated and have permission and pre-planned the visit with the school principal to ensure no disruption to the school. All visitors are subject to Board Policy KI.</li><li>Drop-off and pick-up of students should occur outside of the building.</li></ul> |
|---|---|
| Volunteers (non-DPS staff, including older students) | <ul><li>Volunteers who are non-DPS staff but have undergone volunteer approval via the Family and Community Engagement department and ARE fully vaccinated<ul><li>Vaccination proof must be collected and verified by the school</li><li>Allowed to volunteer across the school building</li><li>Must practice any health protocols currently in place</li><li>Volunteers must comply with standard volunteer processes; volunteers who engage with students through a community partner must abide by all community partner policies.</li></ul></li><li>Volunteers who are non-DPS staff but have undergone volunteer approval via the Family and Community Engagement department and ARE NOT fully vaccinated,<ul><li>Allowed to volunteer outdoors only</li><li>Must practice any health protocols currently in place</li><li>Volunteers must comply with standard volunteer processes; volunteers who engage with students through a community partner must abide by all community partner policies.</li></ul></li><li>This policy will be reevaluated after 30-60 days should we continue to sustain low case transmissions in our community.</li><li>The same guidance applies to DPS students volunteering in DPS schools (e.g. high school students volunteering in elementary schools).</li></ul> |

Kind Regards,



**Rachel Payne**
Operational Superintendent FNE & NNE
Rachel_Payne@dpsk12.org
she/her/hers
Office: 720-423-2050  Mobile: 720-636-4869
Students First· Integrity· Equity· Collaboration· Accountability· Fun