

# DPS Board Of Education Meeting
DPS Leadership Recommendation on Montbello Career and Technical High School (MCT)

**10/12/2022**

1

# District Leadership Recommendation & Rationale for Closing MCT

**Recommendation:**
1. Close MCT at the end of the 2022-2023 school year <u>with robust transitional supports for staff and students</u>.

**Rationale:**
1. Legacy and Vista have space and ability to add students including from MCT.
2. Montbello HS is adding credit recovery and support programming.
3. Ongoing co-location with MCT is not a viable facility option for Smith STEAM.

# FNE Pathway Enrollment & Capacity

**FNE Pathway Seats Needed**

**365**

**Seats at MCT, Vista, Legacy**

**685**

*Not including additional capacity coming at Montbello HS*

**Seats at Vista, Legacy**

**455**

*Not including additional capacity coming at Montbello HS*

# FNE Pathway Capacity & Enrollment

|  | 22-23 Enrollment | Facility Capacity |
|---|---|---|
| **MCT** | 70 | **Pathway = 230** *Trad. HS = 275* |
| **Vista** | 184 | **Pathway = 215** *Trad. HS = 390* |
| **Legacy** | 111 | **Pathway = 240** *Trad. HS = 375* |
| **TOTAL** | **365** | **685** |

4

# Reopening Montbello HS

Reconnecting Students Throughout the Montbello Community



❖ MCT was previously part of Montbello High School and became an Engagement Center called PUSH Academy.

❖ When Montbello High School closed, PUSH Academy moved and later became MCT.

❖ Montbello High School is once again open and has plans to provide wrap-around credit recovery and support programming within the school's programming as part of the school design.

5

# Prior School Board Directives to Open & Co-Locate Smith STEAM with MCT

### May 2019
- The School Board directed district staff to revise a new school application in order to meet the district's quality criteria for a new school



### August 2019
- The School Board **approved the proposed new school application**



### February 2020
- The School Board directed staff to **prepare to open the proposed new school** without a known facility location



### November 2020
- The School Board directed district staff to **open the new school as a co-location at MCT** in the fall of 2021, and to **search for a permanent facility**

6

# Current Co-location

**MCT & Smith STEAM cannot co-locate <u>beyond</u> the 2022-2023 school year.**

|  | **2021-2022** | **2022-2023** | **2023-2024** |
|---|---|---|---|
| MCT | 98 | 75 | Not a viable co-location |
| Smith STEAM | 78 | 135 | |
| Facility Capacity | 275 | 275 | |
| Remaining Seats Available | 99 | 65 | |

After MCT closes at the end of the 22-23 School Year, Robert F. Smith STEAM Academy (RSSA) will be solely located in the facility. Modifications to the facility are being assessed to accommodate the build out of the school grades.

7

# MCT Staff and Student Supports

**13 Staff at MCT** will receive transitional supports

- 22-23 Retention Stipends
- HR support with interviewing, resume writing, available positions
- Hiring preferences

**6 Students at MCT** will require additional credits beyond the spring

These students will receive support from the DPS Transitions Team:

- Enrollment cohort or priority enrollment
- Individualized graduation support
- 1:1 counseling with regular touch points throughout the year

8