**SPEAKERS LIST**
**PUBLIC COMMENT SESSION**
Monday, October 17, 2022
Approximately 5:00 p.m

Now is the time to hear from our public. We welcome your comments which are very important to us.  Note that we will not be entering into dialogue at this time.  The purpose of this agenda item is for you, the public, to inform us, the board of education about your views.  We will take your input into consideration in making our decisions. If you bring a concern to us, someone from DPS and or a board member will follow up with you.

All comments are limited to three minutes.  For groups of two - three, you will receive six or nine minutes respectively. For groups of four or more, a maximum time of ten minutes is allotted – **No individual in a group will be allowed to speak for more than three minutes.**

Please, identify yourself when you are called upon to deliver your comments.  Substitutes are not allowed.  Only the person who signed up to speak may address the Board.  At the 3-minute mark, I will interrupt to remind you that your time is up and I will give you a 15 sec. to wrap up your comments. This gives everyone a chance to speak.

A Spanish language interpreter is available for those who have let us know they require it. Un intérprete al español es disponible para quienes lo necesiten.

| TOPIC | NAME | TIME |
|---|---|---|
| A Student Perspective | Jessie Matthews | 3 Minutes |
| Robert F Smith | Enie Brooks | 3 Minutes |
| Funding | Jocelyn Wright | 3 Minutes |
| MCT closing | Angel Chavez | 3 Minutes |
| Robert F. Smith Steam Academy | Camille Harley | 3 Minutes |
| Robert F. Smith Steam Academy | Chanelle Turner | 3 Minutes |
| Robert F. Smith Steam Academy | Dai Dai Green | 3 Minutes |
| Robert F. Smith Steam Academy | Kencheze Ray | 3 Minutes |
| Robert F. Smith Steam Academy | Xavier Harley | 3 Minutes |
| Robert F. Smith Steam Academy | Foster Spahn | 3 Minutes |
| Robert F. Smith Steam Academy | AiVory Pearson | 3 Minutes |
| Aiad staying open | Joy Keene<br>Daniel Perry | 3 Minutes<br>3 Minutes |
| Know Justice Know Peace | Helen Rigmaiden | 3 Minutes |

| | | |
|---|---|---|
| American Indian Academy of Denver | Rachel Bachmann<br>Mark De La Cruz Chavez<br>Nicholas Martinez | 3 Minutes<br>3 Minutes<br>3 Minutes |
| American Indian Academy of Denver | Shannon Subryan<br>Tug Levy<br>Tug Frost | 3 Minutes<br>3 Minutes<br>3 Minutes |
| American Indian Academy of Denver | Lee Archuleta<br>John Bissonette<br>Julia Fochtman | 3 Minutes<br>3 Minutes<br>3 Minutes |
| American Indian Academy of Denver | Dandy Cabrera Gonzalez<br>Marshawn Duran<br>Sophia Bagola | 3 Minutes<br>3 Minutes<br>3 Minutes |
| Community Violence | Joel Hodge | 3 Minutes |
| Know Justice Know Peace | MiDian Holmes | 3 Minutes |
| CDE state complaint decision AN center programs | Pamela Bisceglia | 3 Minutes |
| MCT Closure | Cori Abdolhosseinzadeh | 3 Minutes |
| Loved experiences at Robert F. Smith Steam Academy and Facility challenges. | Kurt Ogbewele | 3 Minutes |
| Robert F. Smith STEAM Academy and Escuela Tlatelolco | David Duffield | 3 Minutes |
| DPS | Hashim Coates | 3 Minutes |
| Montbello Career and Technical High School | Laura C Hutchinson | 3 Minutes |
| Board of education historical errors | Nikki Smith | 3 Minutes |
| Closure of Montbello Career and Tech HS | Arnetta Koger | 3 Minutes |
| White Supremacy in Denver Public Schools | Andrea Chavez | 3 Minutes |
| Know Justice Know Peace Trademark | Melissa Megliola | 3 Minutes |
| Closure of Montbello Career and Tech. High School | Forrest Bell | 3 Minutes |
| Know Justice Know Peace Podcast | Becca Norris | 3 Minutes |
| Hope for not fear of black boys | Vernon Jones Jr. | 3 Minutes |
| SRO | Matthew Kent Barringer | 3 Minutes |
| Robert Smith Stem school | Takiya Bradley | 3 Minutes |
| Colorado Student Agenda | Isaiah Jiron | 3 Minutes |
| DPS & Community Engagement | Karen Mortimer | 3 Minutes |
| Dismantling Systems of Oppression in DPS | Margaret C Bobb | 3 Minutes |

| Topic | Name | Time |
|---|---|---|
| Closing of MCT | Kaiwen Wu | 3 Minutes |
| Not to shut down MCT | Tina Cabazos | 3 Minutes |
| Robert F. Smith STEAM Academy | Shakira Abney-Wisdom | 3 Minutes |
| Robert F. Smith STEAM Academy | Brandon Pryor | 3 Minutes |
| Robert F. Smith STEAM Academy | Samantha Pryor | 3 Minutes |
| Robert F. Smith STEAM Academy | Gabe Lindsay | 3 Minutes |
| Robert F. Smith STEAM Academy | Tony Lindsay Sr. | 3 Minutes |
| Robert F. Smith STEAM Academy | Gayland Allen | 3 Minutes |
| Robert F. Smith STEAM Academy | Steven Griffin | 3 Minutes |
| Robert F. Smith STEAM Academy | Nefertari Rollerson | 3 Minutes |
| Closing of MOntbello Career Technical School | Shaunte Timmons | 3 Minutes |
| The Future of Montbello Career and Tech | Jacqueline Patterson | 3 Minutes |
| MCT closing | Perri Klein | 3 Minutes |
| Montbello career and Technical High School | Shawn Wlodarchak | 3 Minutes |
| The future of inclusive education in DPS | Susan Fortney | 3 Minutes |
| | Tracy Lane | 3 Minutes |
| The future of Inclusive Ed | Sarah Hagevik | 3 Minutes |
| | Kandi Bergoll | 3 Minutes |
| MCT closure | Miriah Cox | 3 Minutes |
| ABGW Pay and Bargaining | Andrew Loya | 3 Minutes |
| ABGW Pay and Bargaining | Jason Andersen | 3 Minutes |
| ABGW Pay and Bargaining | Roger Reyes | 3 Minutes |
| ABGW Pay and Bargaining | Terrance Standlee | 3 Minutes |
| ABGW Pay and Bargaining | Manuel Guerra | 3 Minutes |
| ABGW Pay and Bargaining | Paul Patterson | 3 Minutes |
| ABGW Pay and Bargaining | Shawn Gjestvang | 3 Minutes |
| ABGW Pay and Bargaining | Tino Martinez | 3 Minutes |
| ABGW Pay and Bargaining | Jamal Love | 3 Minutes |
| ABGW Pay and Bargaining | Eli Cancino | 3 Minutes |
| Equity for Our Black Students, Families and Staff Today | Tiffany Grays | 3 Minutes |
| Equity for Our Black Students, Families and Staff Today | Dr. Joyce Brooks | 3 Minutes |
| Equity for Our Black Students, Families and Staff Today | LJ Harker | 3 Minutes |

| | | |
|---|---|---|
| The lack of Black students in advanced placement classes/Gifted and Talented | Gerald Brashears | 3 Minutes |
| MCT Closure | Whitney Homra | 3 Minutes |
| Issues pertaining to Black students | Shirley Brashears | 3 Minutes |
| Renovation and or a new building for Robert F. Smith STEAM Academy and Montbello Career and tech | Codie Egart | 3 Minutes |
| Denver Online Elementary - Positive Stories - Desire to Advocate for School Continuation | Gabrielle Starks<br>Jesse Tang<br>Geraldine Pressley<br>Ebed Mendez<br>Miriyan Jimenez<br>Francheska Houlden | 10 Minutes |
| KJKP: The Take | Kerrie Joy | 3 Minutes |