## Fwd: Please Reconsider

✕ DELETE    ← REPLY    ⇐ REPLY ALL    → FORWARD    ⋯

**brandon Pryor <oubp56@gmail.com>**      Mark as unread
Mon 11/28/2022 11:46 AM

**To:** Samantha Pryor;

◎ 1 attachment

image001.jpg

Download all

---------- Forwarded message ---------
From: **Taylor, June** <JUNE_TAYLOR@dpsk12.org>
Date: Thu, Oct 24, 2019, 3:32 PM
Subject: RE: Please Reconsider
To: Cordova, Susana <Susana_Cordova@dpsk12.org>, brandon Pryor <Oubp56@gmail.com>
Cc: Bacon, Jennifer <JENNIFER_BACON@dpsk12.org>, Holladay, Jennifer <JENNIFER_HOLLADAY@dpsk12.org>

Hi Brandon:

Thank you for following up.  I am reviewing the additional information you have provided and will respond in the next day or so.

June

**JUNE TAYLOR**

o: 720.423.3650 | c: 303.842.1145  |  june_taylor@dpsk12.org



Students First . Integrity . Equity . Collaboration . Accountability . Fun