Jen Holladay <jennifersholladay@gmail.com>

## DPS Banishment of Brandon Pryor
1 message

**Jen Holladay** <jennifersholladay@gmail.com>  Sat, Oct 22, 2022 at 11:07 AM
To: Scott_Baldermann@dpsk12.org, Xochitl_Gaytan@dpsk12.org, Carrie_Olson@dpsk12.org, Michelle_Quattlebaum@dpsk12.org, Tay_Anderson@dpsk12.org, Scott_Esserman@dpsk12.org, board@dpsk12.org, broad@dpsk12.net, ALEXIS_MARRERO@dpsk12.org

To the Denver Board of Education and Superintendent Marrero,

I recently learned that the Denver Public Schools has banned Brandon Pryor, community activist, from Public Comment sessions before the Board of Education and from district facilities, including from the public school he helped found. I know there is much I do not know about how we got here, and I have a sense.

As some may know, I had the privilege of serving previously as a Cabinet member in the Denver Public Schools (DPS) under Superintendents Boasberg, Cabrera and Córdova.

During my tenure, I worked closely with Brandon Pryor. Our relationship was complex.

I received numerous, angry text messages and voicemails from Mr. Pryor over the years. We had many tense meetings and interactions in person. He posted lots of items about me on Facebook, including at least two "takedown" videos. As recently as this month, he again celebrated on that platform that I am no longer employed by DPS.

All of that is true as my lived experience.

**AND** a couple of other things are true for me:

1. As a white woman, I always have to check myself in how I am responding to Mr. Pryor. I stop and interrogate how my white fragility and implicit bias are showing up, because I know they are.
2. When in a senior leadership role, I also had to reach deep into my understanding that, as a public servant in a public school system, I had to be open to criticism – even harsh criticism. Sometimes, I needed to humble myself and learn from it.
3. I learned that Mr. Pryor was right a lot of the time about whatever specific inequity he was raising up about district or school practices related to Black children. (There also were and are some things about which Mr. Pryor and I will never agree.)

A fourth truth for me is more personal, but relevant.

I am the parent of a Black child, one whom I entrusted to DPS for 13 years. About three years ago, and while I was still a DPS Cabinet member, our daughter encountered racist content and instruction in her AP U.S. History class. My daughter, my co-parent and I labored to reach a resolution with her school. We got worn down. We got tired. We accepted the school's unacceptable best offer: the school "allowed" our Black child to drop out of AP U.S. History without a transcript penalty.

I grieved for our daughter – and for every Black child in the District. They are all put at risk by such failures in our classrooms and schools.

When I needed someone who was not my ex to hold this space – this pain – with me, the person I called and the person who showed up for me was Brandon Pryor. I called him, because I knew he loved my Black child as he loves all Black children, including his own.

In *Between the World and Me*, Ta-Nehisi Coates writes:

> "Black people love their children with a kind of obsession. You are all we have, and you come to us endangered."

Mr. Pryor is that obsessed love, embodied.

Despite what divides the two of us, I will always respect Mr. Pryor in this regard.

A ban letter is an extremely blunt instrument, which likely will produce a similarly blunt response. That said, I do hope the Board, staff and Mr. Pryor might locate a very different way forward, one which will preserve Mr. Pryor's important voice and service within our system of schools.

Sincerely,

Jennifer Holladay (she/ella)
Far Northeast Constituent
Denver, Colo.

P.S. Board members: Under Draft Policy GP-15, I believe the contents of this email pertain to End Statements and DPS values and thus represent a permissible area for Board engagement with community, as well as exercise of the Board's oversight responsibilities. I also believe I am eligible for engagement with the Board as "community." See this provided rationale.

cc: Brandon Pryor, delivered separately