**PLAINTIFF BRANDON PRYOR'S WITNESS LIST FOR IN PRELIMINARY INJUNCTION IN CASE NO. 1:22-cv-02886-JLK-MEH**

Brandon Pryor v. School District No. 1 d/b/a Denver Public Schools, *et al*

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Brandon Pryor | Direct: 1 Hour<br>Cross: 1 Hour<br>**Total: 2 Hour** | |
| Jennifer Holliday | Direct: 30 Minutes<br>Cross: 30 Minutes<br>**Total: 1 hour** | |
| Kimberly Grayson | Direct: 1 Hour<br>Cross: 1 Hour<br>**Total: 2 Hours** | |
| Anthony Smith | Direct: 1 Hour<br>Cross: 1 Hour<br>**Total: 2 Hours** | |
| Neisa Lynch | Direct: 30 Minutes<br>Cross: 30 Minutes<br>**Total: 1 Hour** | |
| Alex Marrero | Direct: 1 Hours<br>Cross: 1 Hours<br>**Total: 2 Hours** | |
| Any witnesses called by Defendants | | |
| Any witnesses required for rebuttal | | |
| | | |
| | | |

Plaintiff reserves the right to amend this Witness List.

Dated this 1st day of December 2022.

                Respectfully submitted,

                **ATTORNEY FOR PLAINTIFF**
                **BRANDON PRYOR**

                */s/Samantha L. Pryor*
                Samantha L. Pryor, Esq. #39194
                THE HALLIBURTON LAW FIRM, LLC
                8354 Northfield Blvd. Suite 3700
                Denver, CO 80238
                303-803-1060
                spryor@thehalliburtonlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of December 2022, I served a correct copy of the foregoing **PLAINTIFF BRANDON PRYOR'S WITNESS LIST FOR IN PRELIMINARY INJUNCTION IN CASE NO. 1:22-cv-02886-JLK-MEH** on the following parties via ECF:

**ATTORNEYS FOR DEFENDANTS**
Hall & Evans, LLC
Andrew D. Ringel, Esq.
Katherine Hoffman, Esq.
Jared Ellis, Esq.

                *s/ Samantha L. Pryor*
                Samantha L. Pryor
                The Halliburton Law Firm, LLC