**PLAINTIFF BRANDON PRYOR'S EXHIBIT LIST FOR PRELIMINARY INJUNCTION
IN CASE NO. 1:22-CV-02886-JLK-MEH**

Brandon Pryor v. School District No. 1 d/b/a Denver Public Schools, *et al*

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| [1] | [Facebook Posts, Facebook Live Videos, Brother Jeff Show] | | | | | |
| [2] | [DPS Governance Policies] | | | | | |
| [3] | [DPS Email to STEAM Academy Families re Pryor (redacted) 10.20.2022] | | | | | |
| [4] | [DPS Community Update 10.18.2022] | | | | | |
| [5] | [DPS Email Invitation to Brandon Pryor re Interviews for Executive Director of Equity & Culture 4.2.2019] | | | | | |
| [6] | [Brandon Pryor Statement re Antoinette Hudson Investigation 10.28.2021] | | | | | |
| [7] | [Rachel Payne Email re Revised Covid Policy to Include School Founders' Access to Schools 9.10.2021] | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| [8] | [DPS Recommendation for MCT Closure 10.12.2022] | | | | | |
| [9] | [Video of Pryor, Carpenter, and Mendez 10.12.2022] | | | | | |
| [10] | [Public Comment List 10.17.2022] | | | | | |
| [11] | [Pryor Email to DPS re Reconsideration for Coaching 10.24.2019] | | | | | |
| [12] | [Jennifer Holladay Statement to DPS re Banishment of Brandon Pryor 10.22.22] | | | | | |
| [13] | [The Bailey Report, An Examination of Student and Educator Experiences in Denver Public Schools Through the Voices of African-American Teachers and Administrators, 2016] | | | | | |
| [14] | [DPS BOE Resolution Temporary Facility Placement for STEAM Academy 11.19.2020] | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| [15] | [Pryor Email to Liz Mendes re DPS' Attempts to Dissuade Parents from Enrolling Students at STEAM with redacted screenshot of Facebook post 2.19.2021] | | | | | |
| [16] | [Fall 2022 Marrero Report re Strategic Map and Policy Governance 10.17.2022] | | | | | |
| [17] | [Innovation Plan Recommendation and Approval re STEAM Academy] | | | | | |
| [18] | [DPS Policy AC Nondiscrimination and Harassment] | | | | | |
| [19] | [DPS Policy AC R1 Procedures for the Investigation of Complaints of Discrimination or Harassment] | | | | | |
| [20] | [DPS Policy KFA-R Community Relations Public Conduct on School Property] | | | | | |
| [21] | [Black Excellence Resolution] | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| [22] | [Know Justice Know Peace Resolution 10.22.2020.] | | | | | |
| [23] | [DPS School Choice and Enrollment – How Does it Work] | | | | | |
| [24] | [Emails between Antionette Hudson, Kimberly Grayson and DMLK staff re deaths of students 7.21.2020] | | | | | |
| [25] | [Photograph of Brandon Pryor and Anthony Smith at STEAM Academy 10.13.2022.] | | | | | |
| | | | | | | |
| | *Any Exhibits Required for Impeachment* | | | | | |
| | *Any Exhibits Identified by Defendants* | | | | | |

Plaintiff reserves the right to amend this Exhibit List.

Dated this 1st day of December 2022.

Respectfully submitted,

**ATTORNEY FOR PLAINTIFF BRANDON PRYOR**

*/s/Samantha L. Pryor*
Samantha L. Pryor, Esq. #39194
THE HALLIBURTON LAW FIRM, LLC
8354 Northfield Blvd. Suite 3700
Denver, CO 80238

303-803-1060
spryor@thehalliburtonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of December 2022, I served a correct copy of the foregoing **PLAINTIFF BRANDON PRYOR'S EXHIBIT LIST FOR IN PRELIMINARY INJUNCTION IN CASE NO. 1:22-cv-02886-JLK-MEH** on the following parties via ECF:

**ATTORNEYS FOR DEFENDANTS**
Hall & Evans, LLC
Andrew D. Ringel, Esq.
Katherine Hoffman, Esq.
Jared Ellis, Esq.

*s/ Samantha L. Pryor*
Samantha L. Pryor
The Halliburton Law Firm, LLC