IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02886-JLK-MEH

BRANDON PRYOR,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS,
SUPERINTENDENT ALEX MARRERO, in his individual and official capacities, and
DEPUTY SUPERINTENDENT ANTHONY SMITH, in his individual and official capacities

    Defendants.

_____

## DEFENDANTS' MOTION FOR ONE COUNSEL TO PARTICIPATE IN THE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION REMOTELY VIA VIDEOCONFERENCE

    Defendants School District No. 1 d/b/a Denver Public Schools, Alex Marrero, and Anthony Smith, by and through their counsel, Andrew D. Ringel, Esq., and Jared R. Ellis, Esq. of Hall & Evans, L.L.C., hereby respectfully submit this Motion for One Counsel to Participate in the Hearing on Plaintiff's Motion for a Preliminary Injunction Remotely via Videoconference, as follows:

    1.    <u>Certificate of Compliance</u>:  Pursuant to D.C.Colo.LCiv.R. 7.1, prior to filing the instant Motion the undersigned counsel conferred with counsel for the Plaintiff, Samantha L. Pryor, Esq.  Ms. Pryor indicated the Plaintiff does not object.

    2.    This Court's Minute Order dated November 23, 2022, provided that the Court would conduct a hearing on Plaintiff's Motion for Preliminary Injunction on

December 6, 2022 and further provided that "Counsel and the parties are expected to attend the hearing in person." [ECF 17].

3. The Court subsequently ordered the hearing on the Motion for Preliminary Injunction would also take place on December 7, 2022. [ECF 20].

4. The undersigned is co-counsel for Defendants in this case and tested positive for COVID-19 on the evening of December 2, 2022. The positive test was confirmed with a second test on the morning of December 3, 2022. A follow up test this morning was also positive for COVID-19. The undersigned is still mildly symptomatic, with a cough.

5. Though the undersigned feels physically capable of participating in the hearing on Plaintiff's Motion for Preliminary Injunction, he does not wish to expose the Court, the Court's staff, counsel, the witnesses, or the parties to COVID-19. Accordingly, the undersigned requests permission to participate remotely in the hearing via videoconference.

6. No party will be prejudiced should the Court grant this request. The undersigned's co-counsel, Andrew D. Ringel, Esq., as well as Defendants' client representative and witnesses will all appear in person for the hearing. The undersigned will be the only person on the defense side that will be participating in the proceedings remotely.

7. The undersigned believes this Court has the technological capability to allow the undersigned to participate by videoconference and the undersigned has the technical capability to do so from his home.

WHEREFORE, for all the foregoing reasons, Defendants School District No. 1 d/b/a Denver Public Schools, Alex Marrero, and Anthony Smith respectfully request this Court issue an Order granting their counsel, Jared R. Ellis, Esq., leave to participate in the hearing on Plaintiff's Motion for Preliminary Injunction remotely via videoconference, and for all other and further relief as this Court deems just and appropriate.

Dated this 5th day of December, 2022.

Respectfully submitted,

*/s/ Jared R. Ellis*
Andrew D. Ringel, Esq.
Jared R. Ellis, Esq.
Katherine N. Hoffman, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3355
Fax:     303-628-3368
Email:  ringela@hallevans.com
ellisj@hallevans.com
hoffmank@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 5th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the following counsel for the Plaintiff:

Samantha L. Pryor, Esq.
spryor@thehalliburtonlawfirm.com

*s/Lauri Rose*
Hall & Evans, L.L.C.

4