**JOINT EXHIBIT LIST IN CIVIL ACTION NO. 22-CV-02886-JLK-MEH**

Brandon Pryor  v. School District No. 1 d/b/a/ Denver Public Schools, et al

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| *[1]* | *[Facebook Posts, Facebook Live Videos, Brother Jeff Show]* | X | | | | |
| *[2]* | *[DPS Governance Policies]* | X | | | | |
| *[3]* | *[DPS Email to STEAM Academy Families re Pryor (redacted) 10.20.2022]* | X | | | | |
| *[4]* | *[DPS Community Update 10.18.2022]* | X | | | | |
| *[5]* | *[DPS Email Invitation to Brandon Pryor re Interviews for Executive Director of Equity & Culture 4.2.2019]* | X | | | | |
| *[6]* | *[Brandon Pryor Statement re Antoinette Hudson Investigation 10.28.2021]* | X | | | | |
| *[7]* | *[Rachel Payne Email re Revised Covid Policy to Include School Founders' Access to Schools 9.10.2021]* | X | | | | |
| *[8]* | *[DPS Recommendation for MCT Closure 10.12.2022]* | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| *[9]* | *[Video of Pryor, Carpenter, and Mendez 10.12.2022]* | X | | | | |
| *[10]* | *[Public Comment List 10.17.2022]* | X | | | | |
| *[11]* | *[Pryor Email to DPS re Reconsideration for Coaching 10.24.2019]* | X | | | | |
| *[12]* | *[Jennifer Holladay Statement to DPS re Banishment of Brandon Pryor 10.22.22]* | X | | | | |
| *[13]* | *[The Bailey Report, An Examination of Student and Educator Experiences in Denver Public Schools Through the Voices of African-American Teachers and Administrators, 2016]* | X | | | | |
| *[14]* | *[DPS BOE Resolution Temporary Facility Placement for STEAM Academy 11.19.2020]* | X | | | | |
| *[15]* | *[Pryor Email to Liz Mendes re DPS' Attempts to Dissuade Parents from Enrolling Students at STEAM with redacted screenshot of Facebook post 2.19.2021]* | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| *[16]* | *[Fall 2022 Marrero Report re Strategic Map and Policy Governance 10.17.2022]* | X | | | | |
| *[17]* | *[Innovation Plan Recommendation and Approval re STEAM Academy]* | X | | | | |
| *[18]* | *[DPS invitation to Brandon Pryor to Join Engagement Framework Work Group July 24, 2020]* | X | | | | |
| *[19]* | *[Know Justice Know Peace Resolution 10.22.2020.]* | X | | | | |
| *[20]* | *[Photograph of Brandon Pryor and Anthony Smith at STEAM Academy 10.13.2022.]* | X | | | | |
| *[21]* | *[Photos of Marrero and Pryor at Wu Tang concert and at Lindsay's residence]* | X | | | | |
| *[50]* | *[Policy AC, Nondiscrimination/Equal Opportunity]* | X | | | | |
| *[51]* | *[Regulation AC-R1, Procedures for the Investigation of Complaints or Harassment]* | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| *[52]* | *[Policy GBGB, Personal Safety and Security]* | X | | | | |
| *[53]* | *[Policy KFA, Public Conduct on School Property]* | X | | | | |
| *[54]* | *[Regulation KFA-R, Regulation re:  Public Conduct on School Property]* | X | | | | |
| *[55]* | *[Policy KI, Visitors to Schools]* | X | | | | |
| *[56]* | *[Investigation Report, November 18, 2021]* | X | | | | |
| *[57]* | *[Kayla Grayson-Yizar Letter, January 17, 2019]* | | | | | |
| *[58]* | *[Investigation Findings Report, June 24, 2021]* | X | | | | |
| *[59]* | *[Brent Jordheim Letter, January 13, 2022]* | X | | | | |
| *[60]* | *[Investigation Findings Report, September 28, 2022]* | X | | | | |
| *[61]* | *[Aaron Thompson Letter, October 18, 2022]* | X | | | | |
| *[62]* | *[Samantha Pryor Letter, October 26, 2022]* | X | | | | |
| *[63]* | *[Deborah L. Staten Letter, November 9, 2022]* | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| [64] | [City of Aurora Municipal Court Disposition Screen Report] | | | | | |
| [65] | [Register of Actions State of Texas v. Brandon Pryor Case No. F-2002-0802-A] | | | | | |
| [66] | [Brandon Pryor Facebook Screenshot April 17] | X | | | | |
| [67] | [Brandon Pryor Facebook Messages to Nicky Yollick] | X | | | | |
| [68] | [Brandon Pryor Facebook Post re: Aaron Thompson October 21, 2022] | X | | | | |
| [69] | [Dr. Antoinette Hudson Harassment Statement] | | | | | |
| [70] | [Video 1860 Lincoln October 12, 2022] | X | | | | |
| [71] | [Video of Elevator Lobby October 12, 2022] | X | | | | |
| [72] | [Email from Donnovan Wiley dated October 21, 2021, re: Parent Concern IMPORTANT] | | | | | |
| [73] | [Email from Michelle Berge dated November 10, 2021, re: Follow Up re: TB] | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| *[74]* | *[Email from Dr. Antoinette Hudson dated November 18, 2021, re: BP Video of the Investigation]* | | | | | |
| *[75]* | *[Email from Brent Jordheim dated December 5, 2021, re: Introduction re DPR Investigation]* | | | | | |
| *[76]* | *[Email from Neisa Lynch dated August 30, 2022, re: Miscommunication and inappropriate use of DPS students]* | X | | | | |
| *[77]* | *[Email from Gayle Egloff dated October 15, 2021, re: Statement regarding Brandon Pryor filming in the library]* | | | | | |
| *[78]* | *[Email from Dr. Antoinette dated December 3, 2021, re: Statement]* | | | | | |
| *[79]* | *[Brandon Pryor Facebook Post "DPS NEEDS to FIRE ANTOINETTE HUDSON ASAP"]* | X | | | | |
| *[80]* | *[Brandon Pryor Text Messages October 23, 2020]* | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| [81] | [Email Thread with Email from Brent Jordheim to Brandon Pryor dated October 21, 2021, re: Complaint received by DPS] | X | | | | |
| [82] | [Brandon Pryor Email to Brent Jordheim dated December 5, 2021, re: Complaint received by DPS] | X | | | | |
| [83] | [Brandon Pryor Email thread with Email to Liz Mendez dated November 9, 2021 and February 19, 2021, re [EXT] Re:] at 9:31:20am | X | | | | |
| [84] | [Brandon Pryor Email thread with Email to Liz Mendez dated November 9, 2021 and February 19, 2021, re [EXT] Re:] at 9:31:39am | X | | | | |
| [85] | [Dana Risch Email to Brent Jordheim, Aaron Thompson dated October 3, 2022, re: Brandon Pryor Conversation] | X | | | | |
| [86] | Email from Brent Jordheim dated February 7, 2022, re: Damian Brown Complaint] | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| *[87]* | *[Email from Kristin Bailey dated December 3, 2021, re: New DPR complaint]* | X | | | | |
| *[88]* | *[Email thread from Brandon Pryor to Rhonda Blanford-Green, dated November 13, 2021, re: Clear Cut Discrimination]* | X | | | | |
| *[89]* | *[Email from Antoinette Hudson to David Vogel dated December 3, 2021, re: Statement]* | | | | | |
| *[90]* | *[Investigation Closure Letter dated June 24, 2021]* | X | | | | |
| *[91]* | *[Samantha Pryor Email to Brent Jordheim dated December 5, 2021 re: Complaint received by DPS]* | | | | | |
| *[92]* | *[Email Exchange titled "Fwd" dated August 30, 2022]* | X | | | | |
| *[93]* | *[Email from Cesar Cedillo to Antoinette Hudson dated February 1, 2022]* | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|--------|-------------|-------|-----------|-----------|-----------|----------------|
| *[94]* | *[Email thread from Brent Jordheim dated November 12, 2021, re: Attorney-Client Privilege]* | X | | | | |
| *[95]* | *[Email from Michael Eaton dated November 20, 2021, re Attorney Client Privilege – B. Pryor Conduct]* | | | | | |
| *[96]* | *[Recommended Decision from HR Brandon Pryor]* | | | | | |
| *[97]* | *[Email from Justice Liberty dated April 6, 2022, re: Brandon Pryor Making Threats]* | | | | | |

Dated this 5th day of December, 2022.

Respectfully submitted,

/s/ Samantha L. Pryor                           .
Samantha L. Pryor, Esq.
THE HALLIBURTON LAW FIRM, LLC
8354 Northfield Blvd., Suite 3700
Denver, Colorado 80238
(303) 803-1060
spryor@thehalliburtonlawfirm.com

**ATTORNEY FOR PLAINTIFF**
**BRANDON PRYOR**

/s/ Andrew D. Ringel                           
Andrew D. Ringel, Esq.
Jared R. Ellis, Esq.
Katherine N. Hoffman, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3355
Fax:       303-628-3368
Email: ringela@hallevans.com
          ellisj@hallevans.com
          hoffmannk@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on the 5th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the following counsel for the Plaintiff:

Samantha L. Pryor, Esq.
spryor@thehalliburtonlawfirm.com

<u>*s/Nicole Marion, Legal Assistant*</u>
Hall & Evans, L.L.C.