Date:   December 6, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Kevin Carlin

Civil Action No.: 22-cv-02886-JLK

BRANDON PRYOR,                                                       Samantha L. Pryor

      Plaintiff,
v.

SCHOOL DISTRICT NO. 1
d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO,
in his Individual and Official Capacities; and
DEPUTY SUPERINTENDENT ANTHONY SMITH,
in his Individual and Official Capacities,        Andrew Ringel
                                                         Jared R. Ellis  (via VTC)

      Defendants.

## COURTROOM MINUTES

**Motion Hearing - Preliminary Injunction – Day 1**

**10:38 a.m.**   **Court in session.**

Court calls case.   Appearances of Counsel in-person and via VTC, and parties. Also present, Aaron Thompson, General Counsel for Defendants, and Amber Tamborello and Pete Fetterolf, paralegals for Defendants.

Preliminary remarks by the Court.

Comments by the Court regarding hearing schedule.

Discussion regarding sequestration of witnesses.

**ORDERED:**  Witnesses shall be sequestered, with, the exception of the parties and an advisory witness.

Discussion regarding exhibits.

**ORDERED:**  Stipulated Exhibits 1 thru 21, 50 thru 56, 58 thru 63, 66 thru 68, 70 thru 71, 76, 79 thru 88, 90, 92, and 94 are admitted.

11:03 a.m.     Plaintiff, Brandon Pryor, called and sworn.

Direct examination begins by Ms. Pryor.

**12:00 p.m.     Court in recess.**

**1:05 p.m.     Court in session.**

Plaintiff, Brandon Pryer, resumes the stand.

Continued direct examination by Ms. Pryor.

2:37 p.m.     Cross examination begins by Mr. Ringel.

**Joint Exhibit 57 offered.**

**No objection.**

**Joint Exhibit 57 admitted.**

2:51 p.m.     Continued cross examination by Mr. Ringel.

**3:22 p.m.     Court in recess.**

**3:37 p.m.     Court in session.**

Continued cross examination by Mr. Ringel.

**4:28 p.m.     Court in recess until tomorrow morning at 11:00 a.m.**
Hearing continued.
Total time in court: 4 hours, 30 minutes.