**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior Judge John L. Kane

Date:   December 7, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Janet Coppock

Civil Action No.: 22-cv-02886-JLK

| | |
|---|---|
| BRANDON PRYOR, | Samantha L. Pryor |
| Plaintiff, | |
| v. | |
| SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS; SUPERINTENDENT ALEX MARRERO, in his Individual and Official Capacities; and DEPUTY SUPERINTENDENT ANTHONY SMITH, in his Individual and Official Capacities, | Andrew Ringel  Jared R. Ellis  (via VTC) |
| Defendants. | |

**COURTROOM MINUTES**

**Motion Hearing - Preliminary Injunction – Day 2**

**11:09 a.m.    Court in session.**

Court calls case.   Appearances of Counsel in-person and via VTC, and parties. Also present, Aaron Thompson, General Counsel for Defendants, and Pete Fetterolf, paralegal for Defendants.

Preliminary remarks by the Court.

Plaintiff, Brandon Pryer, resumes the stand.

11:10 a.m.    Continued cross examination by Mr. Ringel.

Joint Exhibit 67 offered.
*(Defendants counsel acknowledged that Exhibit 67 was marked as stipulated on joint exhibit list in error)*

Objection.   Overruled.

**Joint Exhibit 67 ADMITTED**.

11:41 a.m.    Continued cross examination by Mr. Ringel.

11:46 a.m.    Redirect examination by Ms. Pryor.

**11:59 a.m.**    **Court in recess.**

**1:04 p.m.**    **Court in session.**

1:05 p.m.    Continued redirect examination by Ms. Pryor.

Witness excused.

1:33 p.m.    Plaintiff's witness, Jennifer Holliday, called and sworn.
Direct examination begins by Ms. Pryor.

2:22 p.m.    Cross examination by Mr. Ellis (via VTC).

2:49 p.m.    Redirect examination by Ms. Pryor.

Witness excused.

**3:00 p.m.**    **Court in recess.**

**3:17 p.m.**    **Court in session.**

Parties confirm the schedule for the remainder of the hearing.

**ORDERED:**    **The Preliminary Injunction Hearing is continued to Thursday, December 8, 2022 at 11:00 a.m.**

*The Court is available on Friday, December 9, 2022, from 9:00 a.m. – 12:00 p.m. and Monday, December 12, 2022, and Tuesday, December 13, 2022, if needed.*

3:21 p.m.    Plaintiff's witness, Kimberly Grayson, called and sworn.
Direct examination begins by Ms. Pryor.

**4:25 p.m.**    **Court in recess until tomorrow morning at 11:00 a.m.**
Hearing continued.
Total time in court: 3 hours, 54 minutes.