**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:   December 9, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Kevin Carlin

Civil Action No.: 22-cv-02886-JLK

BRANDON PRYOR,                                                    Samantha L. Pryor


      Plaintiff,
v.

SCHOOL DISTRICT NO. 1
d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO,
in his Individual and Official Capacities; and
DEPUTY SUPERINTENDENT ANTHONY SMITH,
in his Individual and Official Capacities,          Andrew Ringel
                                                    Jared R. Ellis  (via VTC)


      Defendants.

**COURTROOM MINUTES**

**Motion Hearing - Preliminary Injunction – Day 4**

**9:01 a.m.      Court in session.**

Court calls case.   Appearances of Counsel in-person and via VTC, and parties. Also present, Aaron Thompson, General Counsel for Defendants, and Pete Fetterolf, paralegal for Defendants.


Plaintiff's adverse witness, Anthony Smith, resumes the stand.

Continued redirect examination by Ms. Pryor.

9:19: a.m.      Plaintiff's adverse witness, Alex Marrero, called and sworn.

9:20 a.m.      Direct examination begins by Ms. Pryor.

**10:33 a.m.   Court in recess.**

**10:50 a.m.   Court in session.**

Continued direct examination by Ms Pryor.

No cross examination.

Witness excused.

Plaintiff rests.

11:17 a.m.    Defendant, Aaron Thompson, called and sworn.

11:18 a.m.    Direct examination begins by Mr. Ellis.


**12:00 p.m.    Court in recess until Monday, December 12, 2022, at 9:00 a.m.**
Hearing continued.
Total time in court: 2 hours, 42 minutes.