**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:   December 12, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Janet Coppock

Civil Action No.: 22-cv-02886-JLK

BRANDON PRYOR,                                                               Samantha L. Pryor

      Plaintiff,
v.

SCHOOL DISTRICT NO. 1
d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO,
in his Individual and Official Capacities; and
DEPUTY SUPERINTENDENT ANTHONY SMITH,
in his Individual and Official Capacities,                              Andrew Ringel


      Defendants.

**COURTROOM MINUTES**

**Status Conference**

**10:05 a.m.    Court in session.**

Court calls case.   Appearances of Counsel via VTC.

Discussion regarding status of Plaintiff.

**ORDERED:**   The Preliminary Injunction Hearing settings for December 12, 2022, at 9:00 a.m., and December 13, 2022, at 9:00 a.m., are VACATED and RESET to resume on Wednesday, December 14, 2022, at 11:00 a.m., and Thursday, December 15, 2022, at 9:00 a.m.   Plaintiff's Counsel shall immediately advise the Court of any further scheduling accommodations, as needed.

**10:13 a.m.    Court in recess.**
Hearing concluded.
Total time in court: 8 minutes.