**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:   December 15, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Janet Coppock

Civil Action No.: 22-cv-02886-JLK

BRANDON PRYOR,                                              Samantha L. Pryor

     Plaintiff,
v.

SCHOOL DISTRICT NO. 1
d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO,
in his Individual and Official Capacities; and
DEPUTY SUPERINTENDENT ANTHONY SMITH,
in his Individual and Official Capacities,                   Andrew Ringel
                                                            Jared R. Ellis  (via VTC)

     Defendants.

**COURTROOM MINUTES**

**Motion Hearing - Preliminary Injunction – Day 6**

**9:03 a.m.       Court in session.**

Court calls case.   Appearances of Counsel in-person and via VTC, and parties. Also present, Aaron Thompson, General Counsel for Defendants, and Amber Tamborello, paralegal for Defendants.

Defendants' witness, Aaron Thompson, resumes the stand.

Witness excused.

9:24 a.m.        Defendants' witness, Elizabeth Mendez, called and sworn.
                 Direct examination begins by Mr. Ringel.

10:04 a.m.       Cross examination begins by Ms. Pryor.

**10:37 a.m.      Court in recess.**

**11:00 a.m.      Court in session.**

Continued cross examination by Ms. Pryor.

No redirect examination.

Witness excused.

11:04 a.m.     Defendants' witness, Antoinette Hudson, called and sworn.

11:05 a.m.     Direct examination begins by Mr. Ellis.

**11:59 a.m.     Court in recess.**

**1:06 p.m.     Court in session.**

Cross examination begins by Ms. Pryor.

2:14 p.m.     Redirect examination by Mr. Ellis.

Witness excused.

2:21 p.m.     Defendants rests.

Request and statement by Mr. Ringel regarding rebuttal testimony.

Proffer made by Ms. Pryor regarding rebuttal testimony.

2:22 p.m.     Plaintiff, Brandon Pryor, resumes the stand.

Direct examination begins by Ms. Pryor.

Witness excused.

2:34 p.m.     Comments by the Court.

Discussion regarding remaining hearing schedule.

**2:37 p.m.     Court in recess until Monday, December 19, 2022, at 9:30 a.m.**
Hearing continued.
Total time in court: 4 hours, 4 minutes.