IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02886-JLK

BRANDON PRYOR,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS, et. al.

    Defendants.

---

### JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE
---

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Brandon Pryor and Defendants School District No. 1 d/b/a Denver Public Schools, Alex Marrero, Anthony Smith, Auon'tai Anderson, and Aaron Thompson that the Plaintiff and the Defendant have reached a full and final settlement of the Plaintiff's claims against the Defendants in the above-captioned matter, and

    IT IS FURTHER STIPULATED AND AGREED to that the parties request the Court enter an Order of Dismissal With Prejudice, which each party to pay his or its own costs and attorney's fees.

Dated this 19th day of February, 2025.

> Respectfully submitted,
>
> *s/ Mari Newman*
> Mari Newman, Esq.
> Andy McNulty, Esq.
> Madeline Lebin, Esq.
> NEWMAN MCNULTY, LLC
> 1490 N. Lafayette Street, Suite 304
> Denver, CO 80218
> (720) 850-5770
> mari@newman-mcnulty.com
> andy@newman-mcnulty.com
> madeline@newman-mcnulty.com
>
> **ATTORNEYS FOR PLAINTIFF**
>
> */s/ Andrew D. Ringel*
> Andrew D. Ringel, Esq.
> Jared R. Ellis, Esq.
> of Hall & Evans, L.L.C.
> 1001 17th Street, Suite 300
> Denver, CO 80202
> Phone:  303-628-3355
> Fax:       303-628-3368
> Email: ringela@hallevans.com
>             ellisj@hallevans.com
>
> **ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 19th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the following counsel for the Plaintiff:

Mari Newman, Esq.
mari@newman-mcnulty.com

Andy McNulty, Esq.
andy@newman-mcnulty.com

Madeline Lebin, Esq.
madeline@newman-mcnulty.com

*s/Erica Cameron*
Erica Cameron, Legal Assistant at
Hall & Evans, L.L.C.