IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02886-JLK

BRANDON PRYOR,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO, in his individual and official capacities;
DEPUTY SUPERINTENDENT ANTHONY SMITH, in his individual and official capacities;
VICE PRESIDENT AUON'TAI ANDERSON, in his individual and official capacities;
GENERAL COUNSEL AARON THOMPSON, in his individual and official capacities,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

    This matter comes before the Court on the Joint Stipulated Motion to Dismiss With Prejudice (ECF No. 129) filed by Plaintiff Brandon Pryor and Defendants Denver Public Schools, Superintendent Alex Marrero, Deputy Superintendent Anthony Smith, Vice President Auon'tai Anderson, and General Counsel Aaron Thompson. The Court, having reviewed the Motion and being fully advised, hereby ORDERS AS FOLLOWS**:**

    The Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own costs and attorney fees.

    All pending motions in the case are DENIED AS MOOT.

    There being no parties or claims remaining, the Clerk of the Court is DIRECTED to close this case.

    Dated this 20th day of February, 2025.

                                                                       _____
                                                                       JOHN L. KANE
                                                                       SENIOR U.S. DISTRICT JUDGE